In re WHITE. (Supreme Court, Appellate Division, Third Department. November 21, 1907.) In the matter of the application of Patrick F. White for leave to open and examine the contents of the boxes and envelopes of ballots of the four election districts of the Eighth Ward of the city of Albany used at the general election held on the 5th day of November, 1907.

PER CURIAM. Order modified by striking out all thereof after the words "at their respective places of residence," and inserting in lieu thereof, "and that upon such examination the custodian of such boxes may separate and inclose in unsealed envelope or envelopes such ballots therefrom as said petitioner or said Patrick H. McDonald may desire, or claim to be void or marked for identification; that such envelopes may be marked by such custodian as either party may desire, but that the ballots

themselves shall not be marked, and upon the completion of such examination all ballots taken from such boxes, together with the envelopes in which any of them may be inclosed, shall be forthwith returned to the boxes from which they came, and such custodian shall forthwith relock and reseal such boxes, and shall retain possession thereof as required by law, subject to the further order of the court; ordered, further, that the ballots returned to and filed with the county clerk as custodian shall, at the completion of the examination thereof hereby authorized, be resealed by him in the envelopes from which they came, and that he retain possession thereof, as required by law, subject to the further order of the court"—and, as so modified, affirmed, without costs.